UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES FAHEY,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>WALLY'S LAS VEGAS, LLC et al.,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-01044-APG-NJK<br><br>**Order**<br><br>[Docket No. 36] |

　　　　Pending before the Court is Defendants' discovery plan and scheduling order, submitted without the agreement of Plaintiff.  Docket No. 36.  Local Rule 26-1(a) requires the parties to submit a joint stipulated discovery plan and scheduling order.  To date, the parties have not done so in accordance with the local rules.  A joint discovery plan must be filed by August 19, 2025.  Accordingly, Defendants' discovery plan and scheduling order is DENIED without prejudice.

　　　　IT IS SO ORDERED.

　　　　Dated: August 14, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1