UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES FAHEY,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>WALLY'S LAS VEGAS, LLC et al.,<br><br>　　　　Defendant(s). | Case No. 2:25-cv-01044-APG-NJK<br><br>**Order**<br><br>[Docket Nos. 30, 32] |

Pending before the Court are Plaintiff's motions to stay discovery pending resolution of his motions to remand and enforce state court defaults. Docket Nos. 30, 32; *see also* Docket No. 4 (motion to remand), Docket No. 5 (motion to enforce state court defaults).

On August 12, 2025, the Court entered orders denying the Plaintiff's motions to remand and enforce state court defaults. Docket No. 35, 37. Given that the Plaintiff's underlying motions have been resolved by the Court, the motions to stay discovery are moot.

Accordingly, the motions to stay discovery are **DENIED** as moot. Docket Nos. 30, 32.

IT IS SO ORDERED.

Dated: August 15, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1