WHITNEY SELERT, ESQ. (Nevada Bar No. 5492)
E: WSelert@ohaganmeyer.com
INKU NAM, ESQ. (Nevada Bar No. 12050)
E: INam@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendants*
*Wally's Las Vegas, LLC; John Peiser;*
*Mercedes Stanley; Ray Daniels;*
*Keith Bjelajac; Leah Manoff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES FAHEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Wally's Las Vegas, LLC Resorts World Las Vegas LLC; John Peiser; Mercedes Stanley; Ray Daniels; Keith Bjelajac; Leah Manoff; and Does 1-10<br><br>Defendants. | Case No.: 2:25-cv-01044-APG-NJK<br><br>**ORDER GRANTING WALLY'S DEFENDANTS' REQUEST FOR TELEPHONIC APPEARANCE OF INDIVIDUAL WITH SETTLEMENT AUTHORITY AT EARLY NEUTRAL EVALUATION** |

UPON CONSIDERATION of Defendants Wally's Las Vegas, LLC; John Peiser; Mercedes Stanley; Ray Daniels; Keith Bjelajac; Leah Manoff; ("Defendants") request for telephonic appearance it is hereby ordered as follows:

/ / /

/ / /

/ / /

/ / /

4

**ORDERED**, that said Request for Telephonic Appearance (ECF No. 79) be and hereby is **GRANTED**, and it is further;

**ORDERED**, that Defendants' insurance adjuster shall be authorized to telephonically appear at the Court-ordered Early Neutral Evaluation in the above-captioned matter, and it is further;

**ORDERED**, that Defendants' insurance adjuster shall appear via Zoom video during the court's initial introduction and at any other time requested by the Court during the ENE.

**ORDERED** that Defendants shall include the email address of the insurance adjuster in their written settlement statement.

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 10/21/2025