**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES FAHEY, | Case No.: 2:25-cv-01044-APG-NJK |
| Plaintiff | **Order Denying Moot Motions** |
| v. | [ECF Nos. 24, 25, 26] |
| WALLY'S LAS VEGAS, LLC, et al., | |
| Defendants | |

In light of the second amended complaint (ECF No. 83),

I ORDER that the defendants' motions to dismiss **(ECF Nos. 24, 26) are DENIED as moot** because they are directed at an earlier version of the complaint.

I FURTHER ORDER that defendant Wally's Las Vegas, LLC's motion to strike **(ECF No. 25) is DENIED as moot** because I have resolved the related motion to remand.

DATED this 31st day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE