# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES FAHEY,<br><br>    Plaintiff,<br><br>v.<br><br>WALLY'S LAS VEGAS, et al.,<br><br>    Defendants. | Case No. 2:25-cv-01044-APG-NJK<br><br>**Order**<br><br>[Docket No. 114] |

Pending before the Court is Defendant Resorts World Las Vegas, LLC's motion for substitution of counsel. Docket No. 114.

LR IA 6-2 requires that stipulations or unopposed motions include an "order" in the form of a signature block on which the court can endorse approval of the relief sought. "This signature block must not begin on a separate page; it must appear approximately 1 inch below the last typewritten matter on the right-hand side of the last page of the stipulation." LR IA 6-2. Defendant's motion does not include a signature block and thus fails to comply with the requirements of LR IA 6-2.

Nonetheless, the Court **GRANTS** the motion to substitute counsel. Docket No. 114. The parties are **ORDERED** to comply with the Federal Rules of Civil Procedure and the local rules in all future filings.

IT IS SO ORDERED.

Dated: December 3, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1