# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| James Fahey,<br>  Plaintiff,<br>v.<br>Wally's Las Vegas, LLC, et al.,<br>  Defendant. | Case No. 2:25-cv-01044-APG-NJK<br>**Order**<br>[Docket No. 73] |

On October 15, 2025, the Court granted Plaintiff's motion for leave to file a second amended complaint. Docket No. 81. The Court ordered Plaintiff to promptly file and serve the amended complaint. *See id.* at 3. However, Plaintiff's filing labeled "SECOND AMENDED COMPLAINT" does not attach the amended complaint, but instead consists of a letter to the Clerk and a copy of the aforementioned Court order. Docket No. 83.

Plaintiff is once again reminded that Local Rule 15-1(b) requires that, "[i]f the court grants leave to file an amended pleading, and unless the court orders otherwise, the moving party must then file and serve the amended pleading." *See* Docket No. 71 at 1.

Accordingly, Plaintiff is **ORDERED** to properly file and serve the second amended complaint. Further, the Clerk is **ORDERED** to strike the filing labeled "SECOND AMENDED COMPLAINT" at Docket No. 83.

IT IS SO ORDERED.

Dated: December 9, 2025.

                 _____
                 Nancy J. Koppe
                 United States Magistrate Judge