UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES FAHEY,<br><br>    Plaintiff,<br><br>v.<br><br>WALLY'S LAS VEGAS, et al.,<br><br>    Defendants. | Case No. 2:25-cv-01044-APG-NJK<br><br>**Order**<br><br>[Docket No. 127] |

Pending before the Court is Plaintiff's renewed motion for PACER fee exemption.[1] Docket No. 127. Plaintiff also filed a sealed declaration. Docket No. 128. The Court does not require a response or a hearing. Local Rule 78-1.

LR IA 10-1(d) provides that the court may strike any document that does not conform to an applicable provision of the court's rules or any Federal Rule of Civil or Criminal Procedure. LR 7-2(d) provides that the failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion.

On December 3, 2025, the Court denied Plaintiff's motion for PACER fee exemption without prejudice. Docket No. 120; *see also* Docket No. 103. The Court explained to Plaintiff that his motion fails to cite points and authorities, his reply is not properly formatted, and that Plaintiff must comply with all rules in future filings.[2] Docket No. 120 at 1 n.1. The instant motion acknowledges that the Court "instructed Plaintiff to provide legal authority, factual support, and

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

[2] The Court has previously informed Plaintiff that he failed to format his filings as required and that he must comply in full with the Court's Local Rules. *See* Docket No. 119 at 2 n.2 (citing LR IA 10-1 and LR IA 10-2); *see also* Docket No. 123 at 1 n.3 (citing LR IA 10-1 and LR IA 10-2).

compliance with LR 7-2 and LR IA 10-1" and submits that it complies with the Court's order. Docket No. 127 at 1.

However, Plaintiff's filings once again fail to comply with the Court's Local Rules. Docket Nos. 127, 128. The filings' lines of text are not double-spaced and are not consecutively numbered beginning with 1 on the left margin of each page with no more than 28 lines per page. *See* LR IA 10-1(a)(1). The first page of the filings also do not contain the necessary information in the format required by LR IA 10-2. Further, Plaintiff's memorandum of points and authorities in the renewed motion does not identify legal authorities or provide meaningfully developed argument. See LR 7-2(d).

Accordingly, the Court **DENIES** Plaintiff's renewed motion for PACER fee exemption. Docket No. 127. The Clerk is **INSTRUCTED** to **STRIKE** Plaintiff's filings. Docket Nos. 127, 128. Plaintiff is **ORDERED** to comply with the Local Rules and Federal Rules of Civil Procedure in all future filings.

IT IS SO ORDERED.

Dated: December 11, 2025

_____
Nancy J. Koppe
United States Magistrate Judge