# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| James Fahey,<br><br>        Plaintiff,<br><br>v.<br><br>Wally's Las Vegas, LLC, et al.,<br><br>        Defendant. | Case No. 2:25-cv-01044-APG-NJK<br><br>**Order**<br><br>[Docket No. 129] |

Pending before the Court is Plaintiff's renewed motion to compel.[1]  Docket No. 129.  The Court does not require a response or a hearing.  Local Rule 78-1.

LR IA 10-1(d) provides that the court may strike any document that does not conform to an applicable provision of the court's rules or any Federal Rule of Civil or Criminal Procedure. LR 26-6(b) requires that all motions to compel discovery set forth in full the text of the discovery originally sought and any response to it.  LR 7-2(d) provides that the failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion.

The Court has previously informed Plaintiff that his filings must be properly formatted and fully in compliance with the Court's Local Rules.  *See* Docket No. 119 at 2 n.2 (citing LR IA 10-1 and LR IA 10-2); *see also* Docket No. 123 at 1 n.3 (citing LR IA 10-1 and LR IA 10-2); *see also* Docket No. 130 at 6 (citing LR 7-2(d) for Plaintiff's failure to provide points and authorities). Plaintiff's motion, once again, fails to comply with LR IA 10-1(a)(1) because the lines of text are not consecutively numbered beginning with 1 on the left margin of each page with no more than 28 lines per page.  The first page of the motion is also not properly formatted as required by LR IA 10-2.  Further, Plaintiff's motion fails to comply with LR 26-6(b) because it fails to set forth in full the text of the discovery originally sought and any response to it.  Additionally, the motion

---

[1] The Court liberally construes the filings of *pro se* litigants.  *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

fails to provide points and authorities supporting Plaintiff's request beyond merely identifying various Federal Rules of Civil Procedure and reciting the discovery requests. *See* Docket No. 129 at 2; *see also* LR 7-2(d).

Accordingly, the Court **DENIES** Plaintiff's motion to compel without prejudice. Docket No. 129. The Clerk is **INSTRUCTED** to **STRIKE** the motion. Docket No. 129. Plaintiff is **ORDERED** to comply with the Local Rules and Federal Rules of Civil Procedure in all future filings.

IT IS SO ORDERED.

Dated: December 11, 2025.

_____
Nancy J. Koppe
United States Magistrate Judge