# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES FAHEY,<br><br>    Plaintiff<br><br>v.<br><br>WALLY'S LAS VEGAS, LLC, et al.,<br><br>    Defendants | Case No.: 2:25-cv-01044-APG-NJK<br><br>**Order Denying Duplicative Motion to Dismiss**<br><br>[ECF No. 93] |

In light of the defendants' motion to dismiss (ECF No. 145),

I ORDER that the defendants' motion to dismiss **(ECF No. 93) is DENIED** as duplicative.

DATED this 7th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE