**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMES FAHEY,

    Plaintiff,

v.

WALLY'S LAS VEGAS, LLC, et al.,

    Defendants.

Case No. 2:25-cv-01044-APG-NJK

**Order**

[Docket No. 154]

Pending before the Court is Plaintiff's motion to extend time to serve Defendant Cinthia Pedroza. Docket No. 154. Defendants filed a response in opposition. Docket No. 159. Plaintiff filed a reply. Docket No. 161.

The timeframe for effectuating service in federal court is generally governed by Rule 4(m) of the Federal Rules of Civil Procedure:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The structure of Rule 4(m) gives rise to "two avenues for relief. The first is mandatory: the district court must extend time for service upon a showing of good cause. The second is discretionary: if good cause is not established, the district court may extend time for service upon a showing of excusable neglect." *Lemoge v. United States*, 587 F.3d 1188, 1198 (9th Cir. 2009) (citation modified). In practice, requests for extension of the service deadline are granted liberally. *See, e.g., Clark v. Wash. State Dept. of Health*, 735 F. Supp. 3d 1334, 1349-50 (W.D. Wash. 2024). Such leniency is in accordance with the Rule 1 directives to secure the just, speedy, and inexpensive determination of cases, as well as the overarching policy that cases should

be decided on their merits when reasonably possible. *See Silvagni v. Wal-Mart Stores, Inc.*, 320 F.R.D. 237, 243 (D. Nev. 2017) (citing *Eitel v. McCool*, 782 F.2d 1470, 1472 (9th Cir. 1986)).

For good cause shown, the Court **GRANTS** Plaintiff's motion. Docket No. 154. Plaintiff's deadline to serve Defendant Pedroza is **EXTENDED** to March 9, 2026.

IT IS SO ORDERED.

Dated: February 5, 2026

 

Nancy J. Koppe
United States Magistrate Judge

2